

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Stanton Ashford Carter v. The State of Texas

Appellate case number:   01-18-00615-CR

Trial court case number: 1445816D

Trial court:             396th District Court of Tarrant County

Appellant, Stanton Ashford Carter, has filed a motion to dismiss his appeals pending in our court under Appellate Case Numbers 01-18-00613-CR, 01-18-00614-CR, and 01-18-00616-CR. The motion, however, does not include appellant's related appeal filed in case number 01-18-00615-CR. The Court requests that, within **10 days** of this order, appellant either (1) amended the motion to dismiss to include case number 01-18-00615-CR or (2) notify the Court that appellant intends to proceed solely on the appeal in case number 01-18-00615-CR.

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                          Acting individually

Date:   ___July 23, 2019___